UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Danil Iain Crisdean Baker,

    Defendant.
_____/

Case: 2:23-cr-20246
Judge: Friedman, Bernard A.
MJ: Patti, Anthony P.
Filed: 04-20-2023
INFORMATION USA VS BAKER (DP)

Violations:
18 U.S.C. § 2422(b) 18 U.S.C. § 2423(a)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### COERCION AND ENTICEMENT
### 18 U.S.C. § 2422(b)

From in or about November 2022 through on or about December 9, 2022, in the Eastern District of Michigan, and elsewhere, defendant, Danil Iain Crisdean Baker, used a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce MV1, an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, namely, sexual exploitation of children, which was a violation of Title 18, United States Code, Sections 2251(a) and (e); all in violation of Title 18, United States Code, Section 2422(b).

1

## COUNT TWO
## INTERSTATE TRANSPORTATION OF A MINOR
## TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY
## 18 U.S.C. §2423(a)

On or about December 9, 2022, in the Eastern District of Michigan, and elsewhere, defendant, Danil Iain Crisdean Baker, knowingly transported MV1, an individual who had not attained the age of 18 years, in interstate and foreign commerce, with intent that the individual engage in sexual activity for which a person can be charged with a criminal offense, namely, criminal sexual conduct in the third degree, which was a criminal offense under MCL § 750.520d and criminal sexual conduct in the fourth degree, which was a criminal offense under MCL § 750.520e; all in violation of Title 18, United States Code, Section 2423(a).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 981(a)(1)(c)
## 28 U.S.C. § 2461
## 18 U.S.C. § 2428(a)

The allegations contained in Counts One and Two of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(c), 28 U.S.C. § 2461 and 18 U.S.C. § 2428(a).

Upon conviction of one or more of the offenses charged in Counts One or Two of the Information, pursuant to 18 U.S.C. § 981(a)(1)(c), 28 U.S.C. § 2461 and/or 18 U.S.C. § 2428(a), Defendant shall forfeit to the United States the following:

i. Any interest in any property, real or personal, that was used or intended to be used to commit or to facilitate that commission of the offense; and

ii. Any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

<u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third party;

c. Has been placed beyond the jurisdiction of the Court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

DAWN N. ISON
United States Attorney

BRANDY R. MCMILLION
Chief, General Crimes Unit
Assistant United States Attorney

*/s/ Douglas C. Salzenstein*
Douglas C. Salzenstein
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9196
Doug.Salzenstein@usdoj.gov

Date: April 20, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | AUSA's Initials: |

**Case Title:** USA v. Danil Iain Crisdean Baker

**County where offense occurred:** Washtenaw

**Offense Type:** Felony

Information -- based upon prior complaint [**Case number:** 22-30528]

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

April 20, 2023
Date

s/ Douglas C. Salzenstein

Douglas C. Salzenstein
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
doug.salzenstein@usdoj.gov
(313) 226-9196
Bar #: P59288

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.